```
 1
 2
 3
 4
 5
 6
 7
 8                            IN THE UNITED STATES DISTRICT COURT
 9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MICHAEL PEGRAM,
11              Plaintiff,                      No. CIV S-06-0474 MCE GGH P
12        vs.
13   TOM VOSS, et al.,
14              Defendants.                     ORDER
15                                         /
16              Plaintiff, proceeding pro se, is apparently civilly committed at Coalinga State
17   Hospital and has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request
18   to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by
19   defendants. The alleged violations took place in Fresno County, which is part of the Fresno
20   Division of the United States District Court for the Eastern District of California. See Local Rule
21   3-120(d).
22              Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
23   the proper division of a court may, on the court's own motion, be transferred to the proper
24   division of the court. Therefore, this action will be transferred to the Fresno Division of the
25   court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
26   request to proceed in forma pauperis.
```

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: 3/22/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
pegr0474.22

2